IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY ADDINGTON                                        PLAINTIFF

V.                 CASE NO.: 1:16-CV-01021-SOH

DOLGENCORP, LLC
D/B/A DOLLAR GENERAL                            DEFENDANT

## MOTION FOR NON-SUIT

Comes now Michael D. Ray as attorney for Mary Addington and does request that this Court grant a Non-suit in this case.

1. This case is currently set for a jury trial in El Dorado, Arkansas, on April 3, 2017.

2. Plaintiff has elected at this time to move for non-suit.

3. Plaintiff respectfully requests this matter be dismissed without prejudice.

4. Wherefore Plaintiff prays this Court shall accept and grant her Motion.

                                               Respectfully submitted,

                                               The Ray Law Firm, P.A.
                                               909 Main St.
                                               P.O. Box 1123
                                               Crossett, AR 71635
                                               Fax: (870) 364-6503

                  By: _____
                                               Michael D. Ray, #92-146
                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that this motion was served on all counsel of record via the CM/ECF system this 26th day of October, 2016.

Quattlebaum, Grooms & Tull  
Justice Brooks  
111 Center Street, Suite 1900  
Little Rock, AR 72201

Mary Addington  
1079 Hwy 82 E  
Hamburg, AR 71646

_____  
Michael D. Ray

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY ADDINGTON                                                                        PLAINTIFF

V.                          CASE NO.: 1:16-CV-01021-SOH

DOLGENCORP, LLC
D/B/A DOLLAR GENERAL                                                           DEFENDANT

## MOTION FOR NON-SUIT

Comes now Michael D. Ray as attorney for Mary Addington and does request that this Court grant a Non-suit in this case.

1. This case is currently set for a jury trial in El Dorado, Arkansas, on April 3, 2017.

2. Plaintiff has elected at this time to move for non-suit.

3. Plaintiff respectfully requests this matter be dismissed without prejudice.

4. Wherefore Plaintiff prays this Court shall accept and grant her Motion.

                                        Respectfully submitted,

                                        The Ray Law Firm, P.A.
                                        909 Main St.
                                        P.O. Box 1123
                                        Crossett, AR 71635
                                        Fax: (870) 364-6503

                            By:         _____
                                        Michael D. Ray, #92-146
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that this motion was served on all counsel of record via the CM/ECF system this 26th day of October, 2016.

Quattlebaum, Grooms & Tull  
Justice Brooks  
111 Center Street, Suite 1900  
Little Rock, AR 72201

Mary Addington  
1079 Hwy 82 E  
Hamburg, AR 71646

_____  
Michael D. Ray