IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARY ADDINGTON                                                                                    PLAINTIFF

v.                                            CASE NO. 1:16-cv-1021

DOLGENCORP, LLC
D/B/A DOLLAR GENERAL                                                                     DEFENDANT

## ORDER

    Before the Court is Plaintiff's Motion for Non-Suit. ECF No. 12. Plaintiff moves the Court to dismiss all claims in this case without prejudice. Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 10th day of November, 2016.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge